**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------- x

EVEREST FUNERAL PACKAGE, LLC,

     **Plaintiff,**

   **-against-**        **1:26-cv-2058 (ALC)**

MONEY SERVICES, INC., and    **ORDER**
TRANSAMERICA LIFE INSURANCE
CO.,

     **Defendants.**

----------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The parties are **ORDERED** to submit a joint status report by July 2, 2026, regarding the

status of settlement discussions and whether they would like the Court's assistance in facilitating

settlement discussions.

**SO ORDERED.**

**Dated:** June 29, 2026
   New York, New York      **ANDREW L. CARTER, JR.**
              **United States District Judge**